# United States District Court
# Western District of North Carolina
# Division

| | | |
|---|---|---|
| Napoleon J. Rankin-Bey , | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:15-cv-00151 |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| Officer FNU Burleson (6/30/15); | ) | |
| Officer FNU Young; | ) | |
| Officer FNU Ball; | ) | |
| Officer FNU Burleson (7/14/15); | ) | |
| Officer FNU Woodie; | ) | |
| Officer FNU Aldridge; | ) | |
| | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 3, 2015 Order.

August 4, 2015

_Frank G. Johns_

Frank G. Johns, Clerk
United States District Court